## BUTTS COUNTY *v.* JOHNSON.

EVANS, P. J. Under the ruling in *Seymore* v. *Elbert County,* 116 *Ga.* 371 (42 S. E. 727), the petition was defective in failing to allege that the bridge claimed to have been in disrepair was built subsequently to the act of December 29, 1888, and should have been dismissed on demurrer.

*Judgment reversed. All the Justices concur.*
MAY 12, 1911.

Action for damages. Before Judge Reagan. Butts superior court. April 18, 1910.

*W. E. Watkins,* for plaintiff in error.

*W. A. Thompson,* contra.